UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMAS GOMEZ,<br><br>                  Plaintiff,<br><br>  v.<br><br>WAPATO POINT MANAGEMENT COMPANY, INC., a Washington corporation, and WPS, INC., a Washington corporation,<br><br>                  Defendants. | NO: 2:15-CV-280-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal, ECF No. 13. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulation of Dismissal, **ECF No. 13**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without fees and costs to any party.

    2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this January 10, 2017.

                                          *s/ Rosanna Malouf Peterson*
                                          ROSANNA MALOUF PETERSON
                                              United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2